UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 3, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                    Plaintiff,              )<br> v.                                                     )<br>                                                              )<br> SAFIA AHMED,                                 )<br>                                                              )<br>                    Defendant.            ) | Case No. 2:13-cr-00272-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SAFIA AHMED, Case No. 2:13-cr-00272-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $200,000.00.

   _X_ Co-Signed Unsecured Appearance Bond ($100,000)

   _X_ Secured Appearance Bond ($100,000 cash)

   _X_ (Other) Conditions as stated on the record.

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 9/3/2013 at 3:00 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge