**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA  95864**
**Telephone:     (916) 974-3500**
**Facsimile: (916) 520-3497**
**E-Mail: dheller@donaldhellerlaw.com**

Attorneys for Defendant Safia Ahmed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:13-cr-00272-KJM |
| Plaintiff, | |
| vs. | STIPULATION AND ~~PROPOSED~~ ORDER TO REMOVE CONDITION 3 OF THE PREVIOUSLY IMPOSED CONDITIONS OF RELEASE |
| JOSEPH NKUNZI, SAFIA AHMED, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Michele Beckwith, counsel for the plaintiff United States of America, and Defendant Safia Ahmed by and through her attorney Donald H. Heller to remove Condition 3, as reflected in Document 18 filed on September 4, 2013.  Condition 3 provides, "You are released to the third-party custody of Rahma Asiedu and you shall reside with her unless authorized by Pretrial Services to move.''

The basis for this stipulation is that the defendant has been fully compliant with all of her conditions of release and traveled to Sacramento for a court appearance without any issues. Defendant's Seattle Pretrial Services Officers Mark K. Okano and Taifa Gaskins have found the defendant fully compliant with all of her conditions of release and do not object to the removal of

1

the condition as stated here in.

It is further stipulated and agreed that all remaining conditions of release shall remain in full force and effect. The parties agree that based on the defendant's full compliance with all of her conditions of release that the conditions of release and the secured bonds in effect will " . . . will reasonably assure the appearance of [Ms. Ahmed] as required". 18 U.S.C. § 3142.

Dated: January 16, 2014

BENJAMIN B. WAGNER
United States Attorney


*/s/ Michele Beckwith*
Michele Beckwith
Assistant U.S. Attorney

*/s/ Donald H. Heller*
Attorney for Defendant
Safia Ahmed

## ORDER

Based upon the representations of counsel and the stipulation of the parties, Good Cause Appearing,  IT IS HEREBY ORDERED that: the Condition set forth in Paragraphs 3 of the Conditions of Release as fully described above is hereby removed and all remaining conditions shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: January  17 , 2014

Hon. Edmund F. Brennan
U.S. Magistrate Judge