1 **DONALD H. HELLER, SBN 55717**
2 **DONALD H. HELLER,**
**A Law Corporation**
3 **3638 American River Drive**
**Sacramento, CA  95864**
4 **Telephone:     (916) 974-3500**
**Facsimile: (916) 520-3497**
5 **E-Mail: dheller@donaldhellerlaw.com**

6 Attorneys for Defendant Safia Ahmed

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA | Case No. 2:13-cr-00272-KJM

11     Plaintiff,

12 | STIPULATION AND ORDER TO REMOVE CONDITION 3 OF THE PREVIOUSLY IMPOSED CONDITIONS OF RELEASE
13 vs.

14 JOSEPH NKUNZI, SAFIA AHMED, Et.Al.

16     Defendants.

17         IT IS HEREBY STIPULATED, by and between Assistant United States

18 Attorney Michele Beckwith, counsel for the plaintiff United States of America, and

19 Defendant Safia Ahmed by and through her attorney Donald H. Heller to remove Condition 16, as

20 reflected in **Document 18** filed on September 4, 2013.  Condition 16 provides:

22     "You shall participate in the following location monitoring program
component and abide by all the requirements of the program, which will
23     include having a location monitoring unit installed in your residence and a
radio frequency transmitter device attached to your person. You shall comply
24     with all instructions for the use and operation of said devices as given to you
by the Pretrial Services Agency and employees of the monitoring company.
25     You shall pay all or part of the costs of the program based upon your ability to
pay, as determined by the pretrial services officer;
26     CURFEW: You are restricted to your residence every day from 9:00 p.m. to
27     6:00 a.m., or as adjusted by the pretrial services officer for medical, religious
services, employment or court-ordered obligations;''

Stipulation and Proposed Order
Case No. 2:13-cr-00272-KJM

The basis for this stipulation is that the defendant has been fully compliant with all of her conditions of release and traveled to Sacramento for a court appearance without any issues. Defendant's Seattle Pretrial Services Officers Mark K. Okano and Taifa Gaskins have found the defendant fully compliant with all of her conditions of release and do not object to the removal of the condition as stated here in.

It is further stipulated and agreed that all remaining conditions of release shall remain in full force and effect. The parties agree that based on the defendant's full compliance with all of her conditions of release that the conditions of release and the secured bonds in effect will " . . . will reasonably assure the appearance of [Ms. Ahmed] as required". 18 U.S.C. § 3142.

Dated: June 11, 2014

                        BENJAMIN B. WAGNER
                        United States Attorney

                        */s/ Michele Beckwith*
                        Michele Beckwith
                        Assistant U.S. Attorney

                        */s/ Donald H. Heller*
                        Attorney for Defendant
                        Safia Ahmed

## ORDER

Based upon the representations of counsel and the stipulation of the parties, Good Cause Appearing, IT IS HEREBY ORDERED that: the Condition set forth in Paragraph 16 of the Conditions of Release (Document 18) as fully described above is hereby removed and all remaining conditions shall remain in full force and effect.

**IT IS SO ORDERED.**

**Dated: June 19, 2014**

                        KENDALL J. NEWMAN
                        UNITED STATES MAGISTRATE JUDGE