FILED

MAR 30 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>SAFIA AHMED,<br><br>                Defendant. | CASE NO. 2:13-CR-272 KJM<br><br>[PROPOSED] ORDER REGARDING RESTITUTION |

Pursuant to the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that defendant Safia Ahmed shall pay restitution in the total amount of $132,500. The Court finds that the victims identified in the stipulation are entitled to restitution.

Payment shall be made by cashier's check, payable to the Clerk of the Court for the Eastern District of California. The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.

SO ORDERED.

_____ 3/30/16
THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

4